# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
# KANE COUNTY, ILLINOIS

*Click Here for Instructions*

Case No. 21 L 000383

| MARY PIETRUSIEWZ | MENARDS |
|---|---|
| Plaintiff(s) | Defendant(s) |

Clerk of the Circuit Court
Kane County, Illinois

8/10/2021

FILED/IMAGED

File Stamp

SERVE:
Name: **MENARDS**
Address: **5101 MENARD DRIVE**
City, State & Zip: **EAU CLAIRE, WI 54703**

Amount Claimed **IN EXCESS OF $50,000**

Pltf. Atty **MICHAEL T. MULLIGAN**
Atty. Registration No. **292613**
Address **200 WEST MADISON SUITE 2100**
City, State and Zip **CHICAGO, IL 60603**
Attorney E-mail: **MULLIGANLAWLLC@GMAIL.COM**

Add. Pltf. Atty _____
Atty. Registration No. _____
Address _____
City, State and Zip _____
Attorney E-mail: _____

## SUMMONS

To the above named defendant(s):

☐ A. You are hereby summoned and required to appear before this court in room _____ of the _____ at _____ m. on _____ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the Office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

☐ C. You are further Notified that a dissolution action stay is in full force and effect upon service of this summons. The Conditions of stay are set forth on page two (2) of this summons, and are applicable to the parties as set forth in the statute.

D. E-filing is now mandatory for documents in civil cases with limited exemptions. To efile, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with your local circuit clerk's office.

TO THE SHERIFF OR OTHER PROCESS SERVER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. In the event that paragraph A of this summons is applicable, this summons shall be returned not less than three days before the day for appearance. If service cannot be made, this summons shall be returned...

This summons may not be served later than 30 days after its date if paragraph B is applicable.

**EXHIBIT 1.**

DATE OF SERVICE _____
(To be inserted by process server on copy left with the defendant or other person)

WITNESS, _____ (date)
8/10/20__

_____ Clerk of Court

Form 10-A (08/18)    Page 1 of 2

Case No. _____

# SUMMONS (CONT.)

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal)

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Place of Service | Date of service |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode, as follows:

| Name of Defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

_____
Signature

**SERVICE FEES**

Service and return _____ $ _____

Miles _____

Total _____ $ _____

☐ Sheriff of _____ County

☐ Special Process Server

Sheriff of _____ County

☐ By _____, Deputy

☐ Special Process Server
(See Order of Appointment in file)

Form 166-A (08/18)   Page 2 of 2

## NOTICE TO DEFENDANTS - Pursuant to Supreme Court Rule

In a civil action for money (excess of $15,000) in which the summons requires your appearance on a specified day, you may enter your appearance as follows:

1. You may enter your appearance prior to the time specified in the summons by filing a written appearance, answer or motion in person or by attorney to the Office of the Kane County Circuit Clerk, 540 S. Randall Rd., St. Charles, IL 60174.

2. You may enter your appearance at the time and place specified in the summons by making your presence known to the Judge when your case is called.

In either event YOU MUST APPEAR IN PERSON OR BY ATTORNEY at the time and place specified in the summons or a default Judgment will be entered against you.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will be heard on the date set forth in the summons unless otherwise ordered by the Court. Only the Court can make this exception. Do not call upon the Circuit Court Clerk or the Sheriff's Office if you feel you will be unable to be present at the time and place specified. Continuances can be granted only on the day set forth in the summons, and then only for good cause shown. You, or someone representing you, MUST APPEAR IN PERSON at the specified time and place and make such a request.

If you owe and desire to pay the claim of the plaintiff before the return date on the summons, notify the plaintiff or his/her attorney if you desire to do so. Request that he/she appear at the time specified and ask for the dismissal of the suit against you. Do not make such a request of the Circuit Court Clerk or the Sheriff, as only the Judge can dismiss a case, and then only with a proper court order which must be entered in open Court.

## CONDITIONS OF DISSOLUTION ACTION STAY

750 ILCS 5/501.1

Chapter 40, paragraph 501.1, Illinois Revised Statutes

(a) Upon service of a summons and petition or praecipe filed under the Illinois Marriage and Dissolution of Marriage Act or upon the filing of the respondent's appearance in the proceeding, whichever first occurs, a dissolution action stay shall be in effect against both parties and their agents and employees, without bond or further notice, until a final judgment is entered, the proceeding is dismissed, or until further order of the court:

(1) restraining both parties from physically abusing, harassing, intimidating, striking, or interfering with the personal liberty of the other party or the minor children of either party; and

(2) restraining both parties from concealing a minor child of either party from the child's other parent. The restraint provided in this subsection (e) does not operate to make unavailable any of the remedies provided in the Illinois Domestic Violence Act of 1986.

Kane County Circuit Court    THERESA E. BARREIRO    ACCEPTED: 8/6/2021 4:14 PM    By: SP    Env #14323793

## THE CIRCUIT COURT OF THE 16th JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

| | | |
|---|---|---|
| MARY PIETRUSIEWZ | ) | 21-L-000383 |
| *Plaintiff,* | ) | |
| vs. | ) No. | *[signature]* Clerk of the Circuit Court |
| MENARDS | ) | Kane County, Illinois |
| *Defendant.* | ) | 8/5/2021 12:27 PM |
| | | FILED/IMAGED |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, MARY PIETRUSIEWZ, by and through her attorneys, MULLIGAN LAW, and complaining, in the alternative, of the Defendant, MENARDS, states as follows:

1. That on and prior to August 7, 2019, the Defendant, MENARDS, was a retail merchant in Batavia, in the County of Kane, State of Illinois.

2. On or about August 7, 2019, the Defendant, MENARDS, owned, possessed, maintained and controlled an exit area adjacent to the store located at 300 North Randal Road in Batavia, Kane County, Illinois.

3. That at said time and place, the Defendant, MENARDS, owed Plaintiff a duty to exercise reasonable care in maintaining the exit area adjacent to the store in a reasonably safe condition for Plaintiff's use, to warn customers of any dangerous conditions, to provide a reasonably safe means for ingress and egress to their store, to prevent the formation of an unreasonably dangerous condition upon said exit area and to keep said area from debris in the exit area and to keep said area from remaining in an unreasonably dangerous condition.

4. At said time and place, Defendant, MENARDS, well knowing said duties, created

**NOTICE**
**BY ORDER OF THE COURT THIS CASE IS HEREBY SET FOR CASE MANAGEMENT CONFERENCE ON THE DATE BELOW. FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.**
**Judge: Busch, Kevin T**
**10/21/2021 9:00 AM**

13

or permitted an unreasonably and dangerous condition by allowing multiple small rocks to accumulate in the exit area and negligently allowed the exit area adjacent to the store to remain in an unreasonably and dangerous condition although it had actual or constructive knowledge of a dangerous condition.

5. That at said time and place, Plaintiff, MARY PIETRUSIEWZ, while exiting the store did in fact, trip and fall upon stepping on a rock in the exit area adjacent to the store and as a direct and proximate result of the negligence of Defendant, MENARDS in allowing said condition to be present for an unreasonable length of time and at which Defendant, MENARDS by itself, or by its duly authorized agents had actual and/or constructive prior notice of the dangerous condition and failed to correct said condition within a reasonable period of time.

6. At said time and place, Defendant, MENARDS, negligently did, or failed to do one or more of the following acts which proximately caused injury to the Plaintiff:

    a. Failed to exercise ordinary care in maintaining the exit area adjacent to the store in a reasonably safe condition and free of rocks for Plaintiff's use;
    b. Negligently failed to warn the Plaintiff of said dangerous condition in said exit area adjacent to the store;
    c. Negligently failed to correct said condition after receiving actual or constructive notice thereof and within a reasonable period of time;
    d. Was otherwise careless or negligent.

7. As a proximate result of said occurrence, Plaintiff sustained severe and permanent injuries both externally and internally, and was and will be hindered and prevented from attending to her usual duties and affairs, has lost and will in the future lose the value of that time. Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for and will expend and become liable for large sums of money for medical care and services as a result of said injuries.

WHEREFORE, the Plaintiff, MARY PIETRUSIEWZ prays for a judgment against the

2

14

Defendant, MENARDS for an amount in excess of Fifty Thousand Dollars ($50,000.00) plus costs of suit.

Respectfully submitted,

*/s/ Mike Mulligan*

Michael T. Mulligan
Attorney for Plaintiff


MICHAEL T. MULLIGAN
MULLIGAN LAW
200 West Madison Street, Suite 2100
Chicago, IL 60606
Office: (312) 229-5305
Cell: (708) 267-9889
Fax: 888-525-0421
Email: mulliganlawllc@gmail.com
Cook County Attorney No. 56555
DuPage County Attorney No. 292613
ARDC Attorney No. 6207423

3

15

**THE CIRCUIT COURT OF THE 16th JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS**

| | |
|---|---|
| MARY PIETRUSIEWZ ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | No. |
| ) | |
| MENARDS ) | |
| ) | |
| *Defendant,* ) | |

**Supreme Court Rule 222**

**AFFIDAVIT OF DAMAGES**

The undersigned being first duly sworn upon oath, deposes and states that he represents the party plaintiff in the above entitled cause of action seeking money damages and state that this cause of action

_____ does not exceed $50,000.00.

__X__ does exceed $50,000.00.

*Mike Mulligan*

Michael T. Mulligan

Sworn and Subscribed before me on August 5, 2021

EXHIBIT A

4

_____
Notary Public

OFFICIAL SEAL
**JOLIE BECKER**
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 11/30/2024

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS

| | |
|---|---|
| MARY PIETRUSIEWICZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. )    Case No: 2021 L 383 <br> ) <br> MENARD, INC., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Clerk of the Circuit Court <br> Kane County, Illinois <br> 9/14/2021 2:15 PM <br> FILED/IMAGED |

**DEFENDANT MENARD, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COMES the Defendant, Menard, Inc., by and through its attorneys of Ottosen DiNolfo Hasenbalg & Castaldo, Ltd., and for its Answer to Plaintiff's Complaint, states as follows:

1. That on and prior to August 7, 2019, the Defendant, MENARDS, was a retail merchant in Batavia, in the County of Kane, State of Illinois.

**ANSWER:** **Defendant Menard, Inc. admits it owned a retail store located in Batavia, Illinois, on August 7, 2019.**

2. On or about August 7, 2019, the Defendant, MENARDS, owned, possessed, maintained and controlled an exit area adjacent to the store located at 300 North Randall Road in Batavia, Kane County, Illinois.

**ANSWER:** **Defendant Menard, Inc. admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.**

3. That at said time and place, the Defendant, MENARDS, owed Plaintiff a duty to exercise reasonable care in maintaining the exit area adjacent to the store in a reasonably safe condition for Plaintiffs use, to warn customers of any dangerous conditions, to provide a reasonably safe means for ingress and egress to their store, to prevent the formation of an unreasonably dangerous condition upon said exit area and to keep said area from debris in the exit area and to keep said area from remaining in an unreasonably dangerous condition.

**ANSWER:** Defendant Menard, Inc. admits all duties imposed by law and denies any contrary allegation contained in Paragraph 3 of Plaintiff's Complaint.

4. At said time and place, Defendant, MENARDS, well knowing said duties, created or permitted an unreasonably and dangerous condition by allowing multiple small rocks to accumulate in the exit area and negligently allowed the exit area adjacent to the store to remain in an unreasonably and dangerous condition although it had actual or constructive knowledge of a dangerous condition.

**ANSWER:** Defendant Menard, Inc. denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. That at said time and place, Plaintiff, MARY PIETRUSIEWZ, while exiting the store did in fact, trip and fall upon stepping on a rock in the exit area adjacent to the store and as a direct and proximate result of the negligence of Defendant, MENARDS in allowing said condition to be present for an unreasonable length of time and at which Defendant, MENARDS by itself, or by its duly authorized agents had actual and/or constructive prior notice of the dangerous condition and failed to correct said condition within a reasonable period of time.

**ANSWER:** Defendant Menard, Inc. denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. At said time and place, Defendant, MENARDS, negligently did, or failed to do one or more of the following acts which proximately caused injury to the Plaintiff:

    a. Failed to exercise ordinary care in maintaining the exit area adjacent to the store in a reasonably safe condition and free of rocks for Plaintiff's use;
    b. Negligently failed to warn the Plaintiff of said dangerous condition in said exit area adjacent to the store;
    c. Negligently failed to correct said condition after receiving actual or constructive notice thereof and within a reasonable period of time;
    d. Was otherwise careless or negligent.

**ANSWER:** Defendant Menard, Inc. denies the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. As a proximate result of said occurrence, Plaintiff sustained severe and permanent injuries both externally and internally and was and will be hindered and prevented from attending to her usual duties and affairs, has lost and will in the future lose the value of that time. Plaintiff also suffered great pain and anguish both in mind and body and will in the future continue to suffer. Plaintiff further expended and became liable for and will expend and become liable for large sums of money for medical care and services as a result of said injuries.

**ANSWER: Defendant Menard, Inc. denies the allegations contained in Paragraph 7 of Plaintiff's Complaint.**

WHEREFORE, the Defendant, MENARD, INC., denies that Plaintiff is entitled to judgment in any amount whatsoever, and prays this Court enter judgment against Plaintiff and in favor of Defendant, and any other relief that this Court deem just and necessary.

In the alternative, the Defendant, MENARD, INC., prays that this Honorable Court reduce any judgment award on behalf of the Plaintiff by the proportion or amount by which Plaintiff's own negligence caused and contributed to her injuries or damages.

Respectfully submitted,

**OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD.**

*/s/ W. Anthony Andrews*
W. Anthony Andrews

**OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD.**
W. Anthony Andrews (ARDC No. 6217267)
1804 N. Naper Blvd; Suite 350
Naperville, Illinois 60563
630-682-0085

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
# KANE COUNTY, ILLINOIS

Case No. **2021 L 383**

| MARY PIETRUSIEWICZ, | MENARD, INC., | *[signature]* Clerk of the Circuit Court Kane County, Illinois 9/14/2021 2:15 PM FILED/IMAGED |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | File Stamp |

## APPEARANCE

**APPEARANCE TYPE**

- ☒ Full
- ☐ Limited
- ☐ Special
- ☐ Court Appointed
- ☐ Other

As Attorney for the within named party or parties, I hereby enter my Appearance and the Appearance of the within named,

_____
Attorney As Aforesaid

Date **September 14, 2021**

Party for whom appearance is being entered:

Name: **Menard, Inc.,**
Address: **5101 Menard Drive**
City, State, Zip: ~~Eau Claire, Wisconsin~~
☐ THIS IS A NEW ADDRESS

Firm Name
**OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD.**

Attorney Registration Number
**6217267**

Additional party for whom appearance is being entered:

Name: _____
Address: _____
City, State, Zip: _____

**NOTICE TO ATTORNEY**

You must enter your individual Attorney Registration number above.

IN-PERSON COURT APPEARANCES MAY NOT BE NECESSARY.

Please go to https://www.illinois16thjudicialcircuit.org, click on Attend a Remote hearing link, then click Join Hearing on the line of courtroom to determine if your appearance in court is necessary at this time.

Attorney:

Name: **W. Anthony Andrews**
Address: **1804 N. Naper Blvd., Suite 350**
City, State, Zip: ~~Naperville, IL 60563~~
Phone: **6306820085**
E-mail: **wandrews@ottosenlaw.com**

P2-MISC-006 (06/17)

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
# KANE COUNTY, ILLINOIS

Case No. **2021 L 383**

| MARY PIETRUSIEWICZ, | MENARD, INC. | *[Clerk stamp]* Clerk of the Circuit Court, Kane County, Illinois 9/14/2021 2:15 PM FILED/IMAGED |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | File Stamp |

## DEMAND FOR JURY

☒ Original (JUD)　☐ Change from non-jury (CJUD)

| ☐ PLAINTIFF ☒ DEFENDANT | ATTORNEY |
|---|---|
| Name: | Name: **W. Anthony Andrews** |
| Address: | Address: **1804 N. Naper Blvd., Suite 350** |
| City, State, Zip: | City, State, Zip: **Naperville, IL  60563** |
| | Telephone: **6306820085** |

The plaintiff or defendant named herein demands a trial by jury in the above captioned case.

_____
☐ Plaintiff ☒ Defendant

Date: September 14, 2021　　　By: W. Anthony Andrews
　　　　　　　　　　　　　　　　　　Attorney

This demand must be filed by the plaintiff at the time the suit is commenced or by the defendant no later than the filing of his/her answer, otherwise it shall be deemed that the party has waived trial by jury.

PI-MISC-037 (04/09)

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. 21 L 383

| Pietrusiewicz | | Menard, Inc. | |
|---|---|---|---|
| Plaintiff(s) | | Defendant(s) | |
| | | **Trela** | |
| Plaintiff(s) Atty. | | Defendant(s) Atty. | |
| **Busch** Judge | Court Reporter | Deputy Clerk | |

Clerk of the Circuit Court
Kane County, Illinois
10/22/2021 11:40 AM
FILED/IMAGED

A copy of this order ☒ should be sent ☐ has been sent

☐ Plaintiff Atty. ☐ Defense Atty. ☐ Other _____

Plaintiff present in Open Court ☐ Yes ☒ No          Defendant present in Open Court ☐ Yes ☒ No

## ORDER

☒ CONTINUANCE        ☐ JUDGMENT        ☐ MISC.

THE COURT BEING FULLY ADVISED IN THE PREMISES:

It is ordered:
On motion of **the Court** that
this cause be continued in room **320** of the
Kane County Courthouse, 100 S. Third St., Geneva, IL
at **9:00 a** m. on **12/29/2021**.
Judge _____
☐ _____ MUST APPEAR
For:
☐ Hearing on Motion/Petition For/To: _____

☐ Default/Judgment
☐ Dismiss/setting
☐ Proof of damages
☐ Trial
☐ Other (describe) _____

It is ordered as follows:
☐ Dismissed without prejudice and strike pending dates.
☐ Dismissed with prejudice and strike pending dates.
☐ Judgment to enter:
   ☐ By default
   ☐ Upon trial or hearing
   ☐ Defendant having admitted liability
   ☐ Proof of damages made
   ☐ Proof of reasonable attorney's fees made
☐ Strike pending dates
☐ Discharge Rule to Show Cause
☐ Dismiss citation
☐ Alias _____ to issue
In favor of _____
and against _____,
in the amount of _____, costs of _____ and Attorney's fees of _____.

☒ Misc. Orders:

Parties to return for status on discovery on December 29, 2021 at 9:00 am in room 320.

Date: **October 21, 2021**        Judge: _____

RECEIPT ACKNOWLEDGED: _____

P2-SC-001 (05/11)